U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 2 1 2015

TONY R. MOORE, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JOSEPH DARNELL REED,<br>    Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. 1:14-CV-00854 |
| VERSUS | |
| CITY OF ALEXANDRIA, et al.,<br>    Defendants | JUDGE JAMES T. TRIMBLE, JR.<br>MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that defendants' motion to dismiss (Doc. 10) is GRANTED, Reed's action against all defendants is DISMISSED, all of Reed's claims except his state law claim for malicious prosecution are DISMISSED WITH PREJUDICE, and Reed's state law claim for malicious prosecution is DISMISSED WITHOUT PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at _Alexandria_, Louisiana, on this _21st_ day of _April_ 2015.

_____
JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE